UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 05-80617
-vs-                                      Hon: AVERN COHN

D-7, ROBIN WILSON,

    Defendant.
_____/

## **ORDER CLARIFYING PRESENTENCE INVESTIGATION REPORT**

Defendant has filed a motion styled

> Petitioner's *Pro Se* Motion for Leave to Amend the Presentence Report to Clarify Specific Conduct Attributable to the Petitioner Due Adverse Collateral Consequences

On February 07, 2008, defendant was sentenced to 96 months custody on his guilty plea to Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances, 21 USC §§846 and 841(a)(1), and Conspiracy to Launder Monetary Instruments, 18 USC §§1952(a)(1)(A)(1) and 1956(a).

Paragraphs 15 and 16 of the Presentence Investigation Report read as set forth in Exhibit A attached. Defendant says that because these paragraphs describe violent conduct and guns, under Bureau of Prisons regulations he is not entitled to all of the benefits of the Bureau's 500 hour residential drug treatment program. Defendant further says that he personally was not involved in any violent conduct or guns in his offenses of conviction, and therefore these paragraphs should be deleted from the Report.

There was no evidence before the Court relating to defendant attributing acts of violence or guns to him. Accordingly, the Court has so advised the Bureau of Prisons by letter.

As stated in the letter, the fact that Paragraphs 15 and 16 were included in the Report should not affect defendant's ability to participate in the 500 hour residential treatment program, and receive all of the benefits of participating in the program.

Accordingly, the defendant's motion is MOOT.

SO ORDERED.

      S/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

Dated: July 29, 2010

I hereby certify that a copy of the foregoing document was mailed to Robin Wilson, #39784-039, FCI Sandstone, Federal Correctional Institution, P.O. Box 1000, Sandstone, MI 55072 and the attorneys of record on this date, July 29, 2010, by electronic and/or ordinary mail.

      S/Julie Owens
      Case Manager, (313) 234-5160